AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JERMAINE JAMES<br><br>Defendant(s) | ) ) ) ) ) ) ) | Case No.<br>3:25-mj- 1182-SJH |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 5, 2025 in the county of Duval in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C § 841(a)(1) | Possession with intent to distribute 50 grams or more of methamphetamine |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

[signature]

*Complainant's signature*

Dallas Palecek, Task Force Officer, DEA

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-17-25

[signature]

*Judge's signature*

City and state: Jacksonville, Florida

Samuel J. Horovitz, United States Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Dallas Palecek, a Task Force Officer with the Drug Enforcement Administration, being duly sworn, do hereby depose and state as follows:

1. I am currently a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA) and have served in that capacity for almost three years. As such, I am a law enforcement officer of the United States within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), empowered to conduct investigations and enforce federal criminal statutes. I am also a Narcotics Detective with the Nassau County Sheriff's Office and have served in that role for approximately 10 years. Overall, I have been a member of the Nassau County Sheriff's Office for approximately 25 years. Before that, I worked for approximately 11 years with the Jacksonville Sheriff's Office (JSO) and for one year as a TFO with Homeland Security Investigations. In total, I have approximately 32 years of experience in law enforcement.

2. During my career in law enforcement, I have participated in and conducted investigations into the sale and distribution of narcotics, using investigation techniques including, but not limited to, physical surveillance, undercover transactions, controlled purchases, and both state and federal search warrants. I have attended trainings with both the DEA and at the state level in narcotics strategies and drug trafficking.

3. The information contained in this affidavit is based upon information relayed to me by other members of federal law enforcement, local law enforcement officers, and my review of records, reports, documents, and physical evidence obtained during this investigation.

4. The information provided in this affidavit does not include each and every fact known to me, but rather, information sufficient to establish probable cause for the requested criminal complaint.

## REQUESTED CRIMINAL COMPLAINT

5. Based on the information in this affidavit, I request that a criminal complaint be issued for JERMAINE JAMES, a/k/a "Jock," for violating the provisions of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii), possession with intent to distribute 50 grams or more of actual methamphetamine.

6. On March 4, 2025, the Honorable Patricia D. Barksdale, United States Magistrate Judge granted my applications for a search warrant for a location associated with JAMES, and violations of 21 U.S.C. §§ 841 and 846, including a parcel of land associated with 541 New Berlin Road, Jacksonville, Florida (referred to herein as the "New Berlin Road Location").

7. On March 5, 2025, I, along with a team of other law enforcement officers surveilled the New Berlin Road Location during the early morning of March 5, 2025, while we waited for a Drug Enforcement Administration (DEA) Special Response Team (SRT) team to arrive and assist in executing the warrant. The surveillance team, including myself, maintained watch of the property until the SRT team could execute the search warrant. I observed two vehicles, which were associated to JAMES, parked on the property. The surveillance team did not see any movement or people enter or exit the property.

8. On March 5, 2025, at approximately 6:09 a.m., the SRT team arrived at the New Berlin Road Location and began the execution of the search warrant. At the

time of the search, Jermaine "JOCK" JAMES was located in the living room. and ultimately secured in handcuffs. JAMES was the only person in the residence. About 10 minutes later, the search was turned over to members of the DEA and the Nassau County Sherriff's Office (NCSO). I, along other members of law enforcement, searched the New Berlin Road Location and found about 2 grams of 3,4-Methylenedioxymethamphetamine (MDMA), 8.8 grams of fentanyl, more than 100 grams of crack cocaine (cocaine base), 55.8 grams of methamphetamine at 99% purity as confirmed by laboratory testing, and suspected marijuana with a total packaged weight of approximately 1,715.5 grams (approximately 3.78 pounds). The cocaine base was in separate bags but consisted of 7 round circular crack cocaine discs, which are commonly referred to as "crack cookies," and plastic bags with various size pieces of cocaine. The crack cookies were the same circumference as the base of a glass beaker located in the kitchen cabinet.

9. Agents also located a box of baking soda and three containers of mannitol, believed to be cutting agents, but not controlled substances. Based on my training and experience, I also observed many tell-tale signs of distribution, including scales, multiple bags, a drug press, glass beakers, and stirrers. Based on my training and experience, the amount of the drugs recovered are consistent with distribution amounts, which is further corroborated by the presence of cutting agents and beakers.

10. On April 17, 2025, at about 10:00 a.m., I, along with other members of DEA Task Force II observed JAMES in the vicinity of 7536 Wilder Avenue in Jacksonville, Florida, which is the address on his issued driver's license. I eventually saw him inside of a vehicle. He complied with my requests to surrender and was taken

into custody. When he was searched incident to arrest, he possessed a small bag of marijuana and an underdetermined amount of U.S. Currency was located.

## CONCLUSION

11. Based on the foregoing, there is probable cause to believe that Jermaine JAMES, has committed a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii), possession with intent to distribute 50 grams or more of actual methamphetamine. I therefore request that the Court issue the requested complaint.

Respectfully submitted,

______________________________
Dallas Palecek
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me on April 17, 2025.

______________________________
SAMUEL J. HOROVITZ
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF FLORIDA